■ In the Matter of the BANK OF NEW YORK, as Trustee under the Will of ARTHUR B. EMMONS, Deceased, and as Trustee of the Trust Established by ARTHUR B. EMMONS by Indenture, Respondent, BANK OF NEW YORK, as Executor of JULIA W. EMMONS, Deceased, et al., Appellants; RICHARD S. HUMPHREY, JR., et al., Respondents.— Order unanimously affirmed, with costs

to all parties appearing separately and filing briefs payable out of the trust estate. No opinion. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.